UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN THOMAS ENTLER,<br><br>                Plaintiff,<br><br>    v.<br><br>FRANCISCO PERALES, *et al.*,<br><br>                Defendants. | Case No.  C07-5167 FDB/KLS<br><br>ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. §§ 636 (b) (1) and Local MJR 3 and 4.  Presently before the Court is Plaintiff's motion to extend the time within which to respond to Defendants' motion to dismiss.  (Dkt. # 16). Plaintiff 's request for an extension, until August 30, 2007, is based on his recent transfer to a new facility, the recent receipt of his legal materials, and lack of access to a law library. (Dkt. # 16). Defendants have filed a letter with the Court stating that they do not intend to respond to Plaintiff's motion unless directed to do so by the Court.  (Dkt. # 17).

      Accordingly, Plaintiff's request for an extension of time to respond to Defendants' motion to dismiss is **GRANTED (Dkt. # 16).**   Plaintiff's response shall be due no later than **August 31, 2007.** Defendants may file a reply no later than **September 7, 2007.**  The Clerk of the Court is directed to re-note Defendants' motion to dismiss (Dkt. # 15) on the Court's calendar for

ORDER
Page - 1

1 | **September 7, 2007.**

2 | The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

4 | DATED this  22nd  day of August, 2007.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2