UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN THOMAS ENTLER,<br><br>        Plaintiff,<br><br>      v.<br><br>FRANCISCO PERALES, *et al.*,<br><br>        Defendants. | Case No. C07-5167 FDB/KLS<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE RESPONSE AND TO REPLY |

      Plaintiff requests a forty day extension of time within which to file his reply to Defendants' response to his motion for summary judgment and to file his response to Defendants' motion for summary judgment. (Dkts. # 38 and 39). Plaintiff requests the continuance because he was transferred to the Airway Heights Corrections Center so that he could attend his jury trial in Spokane County Court and he was only allowed to take one box of legal documents. *Id*. Plaintiff anticipates that he will return to the Monroe Corrections facility on June 23 or June 30, 2008. (Dkt. # 38).

      Defendants are not opposed to extending the time until July 11, 2008.

      Having considered the parties' submissions and the balance of the record, the court finds that Plaintiff's requests for extensions (Dkt. # 38 and 39) shall be **GRANTED**. Accordingly, it is **ORDERED:**

ORDER
Page - 1

1  (1) Plaintiff's reply to Defendants' response (Dkt. # 34) to Plaintiff's motion for
2      summary judgment (Dkt. # 27) shall be filed on or before **July 25, 2008**;
3  (2) Plaintiff's response to Defendants' motion for summary judgment (Dkt. # 35) shall
4      be filed on or before **July 21, 2008**, and Defendants' reply shall be due on or before
5      **July 25, 2008**;
6  (3) The Court Clerk shall **re-note** Plaintiff's motion for summary judgment (Dkt. # 27)
7      and Defendants' motion for summary judgment (Dkt. # 35) for **July 25, 2008**; and
8  (4) The Clerk is directed to send copies of this Order to Plaintiff and counsel for
9      Defendants.

DATED this  24th  day of June, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2