UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN THOMAS ENTLER,

        Plaintiff,

  v.

FRANCISCO PERALES, *et al.*,

        Defendants.

Case No. C07-5167 FDB/KLS

ORDER TO DEFENDANTS TO PROVIDE LEGIBLE COPIES TO COURT

    Defendants are directed to provide the Court with a legible copies of the following documents **on or before September 19, 2008**:

(1)     Inmate Kite(s), dated on or about October 18, 2006, to Defendant Gilbert, which appear to relate to Mr. Entler's claim that Defendant Perales marked him off for having a dirty floor and hanging cloth in his cell (*See* Dkt. # 27-2, pp. 13-14); and

(2)     Offender Complaint, Log No. 0622264, dated October 18, 2006 (*See* Dkt. # 27-2, p. 24).

The Clerk is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this  5th   day of September, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1